## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TERRY BRIAN, et al.,<br><br>　　　　　Defendants. | 1:08-cv-00249-SMS-PC<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS BRIAN AND VOLKER ON PLAINTIFF'S FIRST AMENDMENT RETALIATION CLAIM, AND DISMISSING ALL OTHER CLAIMS |

　　　　Plaintiff Michael W. Hudson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The case now proceeds on the original complaint filed by Plaintiff on February 20, 2008. (Doc. 1.) The complaint names correctional officers Terry Brian and Robert Volker ("Defendants") as defendants, and alleges claims for retaliation under the First Amendment and violation of Due Process under the Fourteenth Amendment. On March 7, 2008, Plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), and no other party has appeared in this action. (Doc. 4.) On July 17, 2009, this action was assigned to the undersigned for all further proceedings, including trial and final judgment. (Doc. 8.)

　　　　The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it only states a cognizable claim for relief under section 1983 against Defendants for retaliation in violation of the First Amendment. On July 17, 2009, Plaintiff was given leave to either file an amended complaint, or in the alternative, to notify the Court that he does not wish to file a first amended complaint and

instead wishes to proceed only on the claim identified by the Court as viable/cognizable in the Court's order. (Doc. 10.)  On July 31, 2009, Plaintiff filed written notice to the Court that he only wishes to proceed on the claim found cognizable by the Court. (Doc. 11.)

      Based on the foregoing, it is HEREBY ORDERED that:

1. This action now proceeds only against Defendants correctional officers Terry Brian and Robert Volker, for retaliation in violation of the First Amendment;
2. All remaining claims are dismissed from this action; and
3. Plaintiff's claim for Due Process violations under the Fourteenth Amendment is dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:   August 12, 2009**             /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE