IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRY BRIAN, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:08-cv-00249 AWI JLT (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR MODIFICATION OF THE SCHEDULING ORDER<br><br>(Doc. 45.)<br><br><u>New Jury Trial Date:</u>  January 31, 2012 at 8:30 a.m. in Courtroom 2 |

On May 26, 2011, Defendants filed an ex parte request for the continuance of the trial date currently set for this case (October 4, 2011). (Doc. 45.) Counsel for Defendants explains that it will be difficult for her to appear for trial on October 4, 2011, because she is already scheduled to begin a three-day trial on October 3, 2011. (<u>Id.</u> at 1-2.)

Good cause appearing, it is **HEREBY ORDERED** that Defendants' ex parte request for modification of the scheduling order (Doc. 45) is **GRANTED**. The October 4, 2011 trial date set for this matter is continued to **January 31, 2012 at 8:30 a.m. in Courtroom 2**. All other dates provided by the Court in the May 18, 2011 scheduling order (Doc. 44) remain in effect.

IT IS SO ORDERED.

Dated:  **May 26, 2011**                                     /s/ Jennifer L. Thurston<br>                                                                      UNITED STATES MAGISTRATE JUDGE