IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUDSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>TERRY BRIAN, et al.,<br><br>            Defendants.<br>_____/ | Case No. 1:08-cv-00249 AWI JLT (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 50) |

On July 8, 2011, Plaintiff filed a motion for an extension of time to file his pretrial statement in this case.[1] (Doc. 50.) Plaintiff explains that he needs thirty additional days to file his pretrial statement because he is currently housed in the Security Housing Unit and is unable to access the law library. (Id. at 2.) Plaintiff, however, fails to explain why law library access is necessary for him to file a pretrial statement. Notably, the Court has already provided Plaintiff with Local Rule 281, which outlines the contents of a proper pretrial statement. Moreover, the Court has provided Plaintiff the legal standards governing his First Amendment retaliation claims in its July 17, 2009 screening order (Doc. 10) and, more recently, in its March 31, 2011 findings and recommendations denying Defendants' motion for summary judgment (Doc. 42). It is therefore unclear what benefit Plaintiff thinks there is to be had for him to have access to the prison law library.

---

[1] Under the Court's scheduling order, the deadline for Plaintiff's pretrial statement is set for July 18, 2011. (Doc. 44.) This afforded Plaintiff approximately sixty days between the issuance of the Court's scheduling order and Plaintiff's deadline for filing a pretrial statement.

1

1   Because Plaintiff has not demonstrated good cause to warrant a thirty-day extension of time, his
2   request for such will be denied.  Nevertheless, the Court will afford Plaintiff a limited extension of time
3   so that he may still file a timely pretrial statement in this case.

4   Accordingly, it is **HEREBY ORDERED** that:

5   1.   Plaintiff's July 8, 2011 motion for a thirty-day extension of time (Doc. 50) is **DENIED**;
6   2.   Plaintiff shall file a pretrial statement on or by **August 1, 2011**; and
7   3.   Defendants shall serve and file their pretrial statement on or by **August 14, 2011**.

10  IT IS SO ORDERED.

11  Dated:   **July 13, 2011**                                        /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE